UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHERIE SANCHEZ, ET AL

VERSUS

SHINTECH LOUISIANA, LLC, ET AL

CIVIL ACTION

NUMBER 12-370-BAJ-SCR

**RULING**

The Court has carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 19, 2013 (doc. 30), and the objection filed by plaintiff Cherie Sanchez (doc. 31).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to remand (doc. 16) filed by plaintiff Cherie Sanchez is denied.

Baton Rouge, Louisiana, March 27, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA